*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, MCCOY, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Adrian E. BUENO**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202400102**

_____

Decided: 19 March 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
John P. Norman (arraignment)
Andrea C. Goode (motions and trial)

Sentence adjudged 19 September 2022 by a special court-martial tried at Marine Corps Air Station Miramar, San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3, confinement for thirty days, and forfeiture of $1,600.00 pay per month for six months.

For Appellant:
*Commander Jesse A. Schaefer, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1] However, we note the Entry of Judgment does not list the dates of Appellant's offenses.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceedings.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *See United States v. Wadaa*, 84 M.J. 652, 655 (N-M Ct. Crim. App. 2024).

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400102 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Adrian E. BUENO** | |
| **Staff Sergeant (E-6)** | *As Modified on Appeal* |
| **U.S. Marine Corps** | |
| *Accused* | **19 March 2025** |

On 19 September 2022, the Accused was tried at Marine Corps Air Station Miramar, San Diego, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge Andrea C. Goode presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 121, Uniform Code of Military Justice, 10 U.S.C. § 921.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Larceny of military property of a value of more than $1,000 between on or about 30 November 2017 and on or about 29 January 2021.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 2:** **Larceny of military property of a value of more than $1,000 between on or about 29 January 2021 and on or about 4 February 2022.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate

review where the findings and sentence have been upheld.

**Charge II:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification:** **False official statement on or about 29 January 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Additional
Charge I:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification:** **False official statement on or about 29 January 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Additional
Charge II:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

**Specification:** **Willful dereliction of duty from on or about 29 January 2021 to on or about 4 February 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review where the findings and sentence have been upheld.

## SENTENCE

On 19 September 2022, a military judge sentenced Staff Sergeant Bueno to the following:

**Reduction to pay grade E-3.**

**Confinement for a total of thirty days.**

*Specification 1 of Charge I: confinement for thirty days.*

**Forfeiture of $1,600.00 pay per month for six months.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court